CONSOLIDATED RUBBER TIRE CO., Respondent, v. FIRESTONE TIRE & RUBBER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the Consolidated Rubber Tire Company against the Firestone Tire & Rubber Company. No opinion. Motion for leave to appeal to the Court of Appeals granted, on the ground that a question of law has arisen which ought to be reviewed by that court, and the following question certified: Does the complaint state facts sufficient to constitute a cause of action? See, also, 120 N. Y. Supp. 128.

In re COOK. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of the application of Andrew J. Cook, etc. No opinion. Motion to dismiss appeal denied, without costs.

In re COOKE. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of the application of Andrew J. Cooke, as sole surviving executor, etc., of Martha Fries, deceased, to compel Edwin D. Hamlin to pay over certain moneys.

PER CURIAM. Order modified, by fixing the appellant's fees at the sum of $500, and by directing that he pay one-half of the disbursements of the reference, and that he pay to Cooke, the executor, the balance of the money, without interest, and, as so modified, affirmed, without costs to either party.

HIRSCHBERG, P. J., votes to affirm the order, with $10 costs and disbursements.

CORELL, Respondent, v. SYLVESTER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Philip Corell against Allie L. Sylvester and others, as executors, etc., of Lewis Sylvester, deceased. No opinion. Judgment and order affirmed, with costs.

CRAWFORD v. SULLIVAN et al. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by William Crawford against John E. Sullivan and others. No opinion. Order reversed on argument, without costs, and motion granted. Proceedings remitted to the Special Term for disposition in accordance with this decision, on such terms as may be deemed proper.

CRAWLEY, Respondent, v. McINTOSH, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by Jeremiah Crawley against Albian D. F. McIntosh.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $1,200 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

CURLEY, Respondent, v. BREWSTER et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 11, 1910.) Action by Margaret C. Curley, as administratrix, etc., against Benjamin O. Brewster and another. No opinion. Case allowed to pass the term.

In re DAVIDSON. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of the application of Frank Davidson for a writ of certiorari. No opinion. Motion denied, without costs, on the authority of Lackner v. American Clothing Co., 112 App. Div. 438, 98 N. Y. Supp. 376.

DAWSON, Appellant, v. DE VERASTEGUI, Respondent. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Julia M. Dawson against Alberto De Verastegui. No opinion. Order affirmed on argument, with $10 costs and disbursements.

In re DE ALVANDROS. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of the application of Carlos De Alvandros for admission to the bar. No opinion. Application denied. See, also, 118 N. Y. Supp. 1102.

In re DEANE. (Supreme Court, Appellate Division, First Department. March 31, 1910.) In the matter of William E. Deane, an attorney. No opinion. Respondent disbarred. Settle order on notice.

DE CASANOVA et al., Appellants, v. VAN FOSSEN-BUGG CO., Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Charles F. De Casanova and another against the Van Fossen-Bugg Company. L. Salant, for appellants. C. G. Galston, for respondent. No opinion. Order affirmed, with costs. Order filed.

DELAHUNT, Respondent, v. SOUTHERN BOULEVARD R. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Ellen Delahunt, as administratrix, against the Southern Boulevard Railroad Company. B. H. Ames, for appellant. H. H. Van Dyke, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,000, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

DE LONG, Appellant, v. UHLFELDER et al., Respondents. (Supreme Court, Appellate Division, First Department. February 4, 1910.)

Action by Albert W. De Long against Simon Uhlfelder and another. M. M. Menken, for appellant. M. D. Steuer, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re DENNIS. (Supreme Court, Appellate Division, First Department. March 11, 1910.) In the matter of Moses F. Dennis, as executor, etc., of Van Wyck Horton, deceased. No opinion. Decree affirmed, with costs. Order filed.

DERAISMES HOSE CO. NO. 1, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the Deraismes Hose Company No. 1 against the City of New York.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that, if the defendant is liable at all, such liability did not arise for a period prior to about the 1st of October, 1902, and that the proof as to the quantity of material furnished and the reasonable price thereof during that time is too vague and indefinite to base any judgment thereon. See, also, 127 App. Div. 927, 111 N. Y. Supp. 1116; 129 App. Div. 917, 114 N. Y. Supp. 1124.

DEVINE, Appellant, v. COLLINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Margaret Devine against Ellen Collins. No opinion. Judgment affirmed, with all costs.

DEVITT, Respondent, v. LANE, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by James J. Devitt against John Lane. T. Smith, for appellant. L. Loewenstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DIMON, Respondent, v. WHITCOMB, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Charles L. Dimon against G. Henry Whitcomb. A. F. Cushman, for appellant. C. H. Studin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DISTRICT NO. 1, INDEPENDENT ORDER B'NAI B'RITH, v. GOLDSTEIN et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by the District No. 1, Independent Order B'nai B'rith, against Sarah Goldstein, impleaded with Dwight W. De Motte, as trustee. F. E. M. Bullowa, for appellant. C. L. Cohn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DOWNES, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Mary Downes against the City of New York. I. N. Miller, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DRAPER v. INTERBOROUGH RAPID TRANSIT CO. et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Appeal from Trial Term, New York County. Action by Sarah A. Draper, administratrix, against the Interborough Rapid Transit Company and another. From a judgment for plaintiff, and orders denying motions to dismiss the complaint and for a new trial, and granting a motion for an extra allowance, defendants appeal. Affirmed as to the mentioned defendant, on condition that remittitur be made; reversed, and new trial ordered as to the other defendant. Lemuel E. Quigg, for appellants. Roger Foster, for respondent.

PER CURIAM. Judgment and order against the Rapid Transit Subway Construction Company reversed, upon the ground that the verdict is against the weight of evidence, and a new trial is ordered, with costs to the appellant to abide the event. Judgment and order against the Interborough Rapid Transit Company reversed, and a new trial ordered, unless plaintiff stipulates to reduce recovery to $15,000, in which case the judgment against the Interborough Rapid Transit Company, as so reduced, is affirmed, without costs on this appeal. This not being a proper case for an extra allowance, the extra allowance is stricken out.

McLAUGHLIN, J., dissents as to the Interborough Rapid Transit Company, on the ground that the judgment should be reversed, and a new trial ordered.

EARLY v. MUNDAY. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Joseph N. Early against Thomas E. Munday. No opinion. Motion to dismiss appeal denied. Order filed.

EDISON et al., Respondents, v. NEW YORK PHONOGRAPH CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Thomas A. Edison and others against the New York Phonograph Company and others. No opinion. Motion to vacate order of January 26, 1910, denied, without costs.

ENGEL v. MARYLAND CASUALTY CO. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Simon Engel against the Maryland Casualty Company. No opinion. Application for leave to appeal from Appellate Term denied, with $10 costs. Order signed.

ERTSAAS, Respondent, v. DREAMLAND et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Paul C. Ertsaas against Dreamland